# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **v.** § | **CRIMINAL NO. 4:02-CR-88-ALM-KPJ-6** |
| § | |
| **ROOSEVELT TERENCE JEROME** § | |
| **RAYFORD (6)** § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #761) that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight (8) months, with twelve (12) months of supervised release to follow. The Magistrate Judge further recommended that the first (6) months of supervised release be served on home detention and the second six (6) months be served under the previous conditions of supervised release.

Having received the Report of the United States Magistrate Judge and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #760), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.  Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight (8) months, with twelve (12) months of supervised release to follow.  For the first six (6) months of supervised release, Defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by Pretrial Services or the Probation

Officer. The second six (6) months of supervised release shall be served under the previous conditions of supervised release.

**SIGNED this 9th day of January, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE